# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 3, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141333

RACHEL BAKER, Individually and as
Personal Representative of the Estate of
Jonathan Baker, Deceased,
          Plaintiff-Appellee,

v

TRANS-PORTE, INC.,
          Defendant-Appellant,
and

BRISTOL WEST INSURANCE COMPANY,
          Defendant.

SC: 141333
COA: 289191
Oakland CC: 2007-086703-NF

_____/

      On order of the Court, the application for leave to appeal the May 20, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 3, 2010

_____
Clerk

p1027